**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00207-CV**
_____

**IN RE BARRY LAVERN MILLER JR.**

**Original Proceeding**
**411th District Court of San Jacinto County, Texas**
**Trial Cause No. CV18,292**

**MEMORANDUM OPINION**

In a pro se petition for a writ of mandamus, Barry Lavern Miller Jr. asks this Court to order the judge of the 411th District Court of San Jacinto County to vacate an order issued on May 29, 2025, in Trial Cause Number CV18,292. Miller asserts that he filed the petition acting solely in a fiduciary and representative capacity as trustee for a purported trust that is not identified in the mandamus petition. A trustee cannot appear pro se solely in a representative capacity for a trust. *In re Guetersloh,*

326 S.W.3d 737, 739 (Tex. App.—Amarillo 2010, orig. proceeding). We deny the petition for a writ of mandamus.[1]

PETITION DENIED.

PER CURIAM

Submitted on June 18, 2025
Opinion Delivered June 19, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.

---

[1]Miller does not give a complete list of all parties and their counsel. *See* Tex. R. App. P. 52.3(a). His petition lacks a table of contents, an index of authorities, a statement of the case, a statement of jurisdiction, a statement of facts, an argument, or a certification that he has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record. *Id.* 52.3 The petition lacks a bookmarked appendix and record, and a sworn or certified copy of the trial court's order of May 29, 2025, is not only omitted from the appendix and record, but also is not identified other than by its date. *See id.* 52.3(k), 52.7. The petition is in a non-conforming typeface and spacing, and it lacks a certificate of word count compliance. *See id.* 9.4. Miller does not provide a certificate of service. *See id.* 9.5. Miller did not pay the filing fee and he did not file the Statement of Inability to Afford Payment of Court Costs approved by the Texas Supreme Court or another form that contains the same information. *See id.* 20.1.